NO. 07-06-0395-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MAY 29, 2007

______________________________

ROY BRENT CAMPBELL, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 16,584-B; HON. JOHN B. BOARD, PRESIDING

_______________________________

Memorandum Opinion

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Roy Brent Campbell was convicted of debit card abuse and sentenced to twenty years in prison, despite having four prior felony convictions.  Through one issue, he contends the trial court abused its discretion in assessing the prison term it did.  We affirm the judgment.

Appellant did not object at trial or by way of a motion for new trial to the sentence he received.  Because he did not, he waived his complaint.  
Rhoades v. State, 
934 S.W.2d 113, 120 (Tex. Crim. App. 1996) (failure to object to punishment as cruel and unusual waives the issue on appeal); 
Harvey v. State, 
173 S.W.3d 841, 850 (Tex. App.–Texarkana 2005, no pet.) (failure to object to the trial court’s consideration of matters outside the record in assessing punishment waives the issue on appeal)
.  Thus, we overrule the issue and affirm the trial court’s judgment.

Brian Quinn 

          Chief Justice   

Do not publish.